IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:15-cv-109-BO

| | |
|---|---|
| ROGER CARNIE, DIANE COUSINS, JOHN COUSINS, DANIEL D'ALESSANDRO, KELLY D'ALESSANDRO, JAMES HENNESSY, JR., FREDERICK HORAK, JOANNE HORAK, RUTH PAISKER JOSKO, WILLIAM JOSKO, BRUCE LEWIS, KIRA LEWIS, MIDLANTIC COASTAL PROPERTIES, LLC, CATHARYN NOSEK, JOHN NOSEK, ERIC OLSEN, KRISTEN OLSEN, JANICE RIMER, JOHN RIMER, DEANNA SUE WATTERS, MICHAEL WHITLOCK, AND ROBERT WHITLOCK, II, <br><br>Plaintiffs,<br><br>v.<br><br>SEAWATCH AT SUNSET HARBOR, INC., SEAWATCH AT SUNSET HARBOR, LLC, COASTAL COMMUNITIES AT SEAWATCH, LLC, COASTAL COMMUNITIES, INC., MARK A. SAUNDERS, DEBORAH BOODRO, ALAN KARG, MAS PROPERTIES, LLC, OLD DOCK LAND AND TIMBER, LLC, THE MORTGAGE COMPANY OF BRUNSWICK, INC., AND BRENDAN GORDON,<br><br>Defendants. | **CONSENT ORDER** |

NOW COME Defendants and Plaintiffs and move the Court to enter this Order remanding the captioned action to Brunswick County Superior Court, from which it was removed by Defendants on May 20, 2015. Defendants removed the captioned action to this Court on the grounds that it involves federal question under the Interstate Land Sales Full Disclosure Act ("ILSA"), 15 U.S.C. § 1701 *et seq.*, but 15 U.S.C. § 1719 provides that "[n]o case arising under this chapter and brought in any State court of competent jurisdiction shall be

removed to any court of the United States, except where the United States or any officer or employee of the United States in his official capacity is a party."

NOW THERFORE it is hereby ORDERED that the captioned action be and hereby is remanded to Brunswick County Superior Court.

This the 28th day of May, 2015.

HODGES COXE POTTER & PHILLIPS, LLP     GRAEBE HANNA & SULLIVAN, PLLC

/s/ C. Wes Hodges, II                                            /s/ Christopher T. Graebe
C. Wes Hodges, II, NCSB No. 21575                 Christopher T. Graebe, NCSB No. 17416
Sarah R. Buzzard, NCSB No. 35526                  Mark R. Sigmon, NCSB No. 37762
3907-100 Wrightsville Avenue                           4350 Lassiter at North Hills Ave., Suite 375
Wilmington, North Carolina 28403                    Raleigh, North Carolina 27609
Telephone:    (910) 772-1678                             Telephone:    (919) 863-9090
Fax:               (910) 799-7119                             Fax:               (919) 863-9095
Email:           whodges@hcpplaw.com              Email:           cgraebe@ghslawfirm.com
                    sbuzzard@hcpplaw.com                                 msigmon@ghslawfirm.com
*Counsel for Plaintiffs*                                         *Counsel for Defendants*


SO ORDERED, this the 11 day of June, 2015.

_____
Hon. Terrence W. Boyle
United States District Judge